**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7492**

_____

ROGER LEE DEAL, SR.,

            Plaintiff - Appellant,

      v.

NORTH CAROLINA DEPARTMENT OF CORRECTIONS; NURSE STEVENS;
SERGEANT TRIPLETT; INMATE,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Robert J. Conrad,
Jr., District Judge. (3:12-cv-00364-RJC)

_____

Submitted: January 21, 2014        Decided: January 24, 2014

_____

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Roger Lee Deal, Sr., Appellant Pro Se.  Kimberly D. Grande,
NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Lee Deal, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Deal v. NC Dep't of Corrs., No. 3:12-cv-00364-RJC (W.D.N.C. Sept. 6, 2013). We deny Deal's motion to appoint a mediator, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2